## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | No. 13-20078-01-KHV |
| JOSE A. ALEMAN, | ) | |
| Defendant. | ) | |

## ORDER

On October 9, 2014, the Court held a hearing on Defendant Jose A. Aleman's motion for new counsel.[1]  After hearing from Mr. Aleman and from his current counsel, Tim Burdick, the Court denied the motion in open court and stated that a written order would follow.[2]

The Court heard from Mr. Burdick and Mr. Aleman, asked questions of each, and allowed them to confer before rendering a ruling.  The Court concludes that there has not been a breakdown in communication between Mr. Aleman and counsel which would warrant the appointment of new counsel.  Nor does the Court find any other legitimate cause to appoint new counsel, and Mr. Aleman's request for new counsel will be denied.

Accordingly, Defendant Jose A. Aleman's Motion for Hearing (ECF No. 27) is DENIED insofar as it requests that new counsel be appointed to represent him in this case.

---

[1] Defendant's request for new counsel was conveyed to the Court via the Motion for Hearing (ECF No. 27) filed by his counsel, Tim Burdick.

[2] The Court heard from Defendant and his attorney after excusing the Assistant United States Attorney who was present pursuant to the Notice of Hearing.

Dated this 23rd day of October, 2014, at Kansas City, Kansas.


s/  Teresa J. James
Teresa J. James
United States Magistrate Judge